[Civ. No. 1379.   Fourth Appellate District.—July 10, 1935.]

In the Matter of the Estate of W. I. BURNETT, Deceased.

Robert B. Gaylord and W. R. Bailey for Appellant.

Russell & Heid for Respondents.

MARKS, J.—This is a motion to recall a *remittitur* and to order a corrected *remittitur* to be issued *nunc pro tunc*.

On April 11, 1935, this court filed its decision in the matter of the *Estate of W. I. Burnett, Deceased,* and reversed a decree of distribution without making any provision for the payment of costs. (*Estate of Burnett,* 6 Cal. App. (2d) 116 [44 Pac. (2d) 435].) On June 11, 1935, a *remittitur* was issued in which the following erroneously appeared: "Appellant to recover costs on appeal." (Sec. 1232, Probate Code.)

In *Estate of Erickson,* 4 Cal. App. (2d) 602 [41 Pac. (2d) 939], where a similar question was before the court, a similar motion was granted. (See *Estate of Johnson,* 200 Cal. 307 [252 Pac. 1052].)

It is ordered that the *remittitur* issued by the clerk of this court on June 11, 1935, in the matter of the *Estate of W. I. Burnett, Deceased,* be recalled and that a corrected *remittitur* be issued in its place, *nunc pro tunc,* omitting the words, "Appellant to recover costs on appeal."

Barnard, P. J., and Jennings, J., concurred.